UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

ALLSTATE INSURANCE COMPANY;
ALLSTATE INDEMNITY COMPANY; and
ALLSTATE PROPERTY & CASUALTY
INSURANCE COMPANY,

          Plaintiffs,

vs.

GREATER LAKES AMBULATORY
SURGICAL CENTER, LLC d/b/a
ENDOSURGICAL CENTER AT GREAT LAKES;
GREATER LAKES ANESTHESIA, PLLC;
SUMMIT MEDICAL GROUP, PLLC;
GREATER LAKES MEDICAL MANAGEMENT,
LLC; MICHIGAN HEALTH CARE SERVICES
MANAGEMENT, LLC; PACIFIC MARKETING,
INC.; ELITE SURGICAL MEDIA
CONSULTANTS, L.L.C.; WEINER &
ASSOCIATES, PLLC; WILLIAM J. FOCAZIO,
M.D.; MICHAEL ANGELO; REESE JAMES,
D.O.; MICHIGAN SURGICAL GROUP, PLLC;
DAVID P. JANKOWSKI, D.O.; LUCIA J.
ZAMORANO, M.D.; ARIA O. SABIT, M.D.;
MICHIGAN BRAIN & SPINE PHYSICIANS
GROUP, PLLC; MARTIN F. QUIROGA, D.O.;
and EDWARD FIROSZ,

          Defendants.

Civil Action No. _____

## INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Chart of services billed by Endosurgical |
| 2 | Chart of services billed by Greater Lakes Anesthesia |
| 3 | Chart of services billed by Summit |
| 4 | Chart of services billed by Michigan Surgical Group |
| 5 | Chart of services billed by Michigan Brain & Spine |
| 6 | September 1, 2010 letter from Endosurgical/Jankowski to Allstate |
| 7 | June 30, 2010 Endosurgical operative note |
| 8 | February 9, 2012 Summit Nurse Practitioner note |

| 9  | Mail fraud chart |
|----|------------------|
| 10 | Chart of payments made by Allstate to Endosurgical |
| 11 | Chart of payments made by Allstate to Greater Lakes Anesthesia |
| 12 | Chart of payments made by Allstate to Summit |
| 13 | Chart of payments made by Allstate to Michigan Surgical Group |
| 14 | Chart of payments made by Allstate to Michigan Brain & Spine |

Respectfully submitted,

SMITH & BRINK MI, PLLC

/s/ Lisa K. Anderson

Lisa K. Anderson (P52913)
38777 W. Six Mile Road
Suite 314
Livonia, MI 48152
734-308-4668 (phone)
landerson@smithbrink.com

SMITH & BRINK, P.C.

Richard D. King, Jr., *admission pending*
Nathan A. Tilden, *admission pending*
Michael W. Whitcher, *admission pending*
Jacquelyn A. McEttrick, *admission pending*
350 Granite Street
Suite 2303
Braintree, MA 02184
617-770-2214 (phone)
rking@smithbrink.com
ntilden@smithbrink.com
mwhitcher@smithbrink.com
jmcettrick@smithbrink.com

*Attorneys for Plaintiffs
Allstate Insurance Company,
Allstate Indemnity Company, and
Allstate Property & Casualty
Insurance Company*

Dated: August 8, 2012