

# ENDO SURGICAL CENTER
## AT GREAT LAKES

16100 19 Mile Road, Clinton Twp, MI 48038
Office: 586-286-0000 • Fax: 586-286-0005

September 01, 2010

Allstate Insurance Company
P.O. Box 9231
Farmington Hills, MI 48333

Attn: Claims Representative

Re: ▓▓▓▓▓▓▓▓▓▓
    Claim Number #01624692412PS

Dear Claim Representative:

The above referenced patient has been under conservative treatment for more than 12 weeks, pertaining to injuries sustained in a motor vehicle accident.

▓▓▓▓▓▓▓▓▓▓ has undergone the following diagnostic testing:

- MRI – Cervical Spine
- MRI – Lumbar Spine w/o contrast

Conservative treatment has created very little change in the patient's condition. Although manipulative therapy has given the patient relief, we are not able to complete the movements required due to the patient's resistance.

Our training in 4 years of osteopathic medicine allows us to perform this procedure under the highest level of care. Based on the protocols of the postgraduate course which are taught in CCE accredited Chiropractic Colleges in the United States, The national Academy of MUA Physician's standards and protocols, and the recommended period of conservative care, I feel that this patient falls within the standards recognized as being a candidate for the Manipulation Under Anesthesia procedure.

Consistent with the protocols, the above referenced patient has no contraindications for the MUA procedure from a neuromusculosketal standpoint.

The goal of the MUA procedure is to relieve the patient's pain and disability in as short a period of time and with as little cost as possible. By altering fibro adhesions which have accumulated around the joints, joint capsules and

Patient: ▮
Page 2 of 2
Manipulation Under Anesthesia

surrounding soft tissue structures from the patient being unable to move normally, we are able to achieve better movement that the patient can achieve in the office clinical settings. By placing the patient in a twilight sleep, and in totally relaxed condition with the help of an anesthesiologist, we are able to move the structures around without causing damage to the ligament, tendons, and muscles, and help the patient gain as close to full range of motion as possible.

In keeping with the standards of the National Academy of MUA Physicians, the college courses taught and clinical documentation from countless numbers of MUAs which have been performed throughout the United States since the late 1930's, it is my recommendation that this procedure will not only relieve the patient's discomfort, but will give him the ability to return to more normal ADLs in less time the prolonged conservative office therapy.

▮ is not a candidate for neuro or orthopedic surgery at this time. Since case studies have shown remarkable results using the MUS procedure, it is my recommendation that this patient be given the opportunity of resolving her problem by having this procedure. If any further information is required, please contact this office.

_____
Dr. David Jankowski
Electronically signed

cc: Dr. Salameh