EXHIBIT 9: MAIL FRAUD CHART

| Claim Number | Initials | Date | Provider | Insurer | Mail Piece | Comments | Prescribing Physician | Attending Doctor |
|---|---|---|---|---|---|---|---|---|
| 0124669557 | SW | 8/18/2009 | Endosurgical Center | Allstate | Bill | | - | - |
| 0124669557 | SW | 12/21/2009 | Greater Lakes Anesthesia | Allstate | HICF | | - | Hyo Kim MD |
| 0133576686 | CB | 12/22/2009 | Endosurgical Center | Allstate | Bill | | Nazih Iskander MD | - |
| 0133576686 | CB | 1/6/2010 | Endosurgical Center | Allstate | HICF | | - | Kenneth Lock DO |
| 0133576686 | CB | 1/6/2010 | Greater Lakes Anesthesia | Allstate | HICF | | - | Hyo Kim MD |
| 0147742571 | SS | 1/24/2010 | Greater Lakes Anesthesia | Allstate | HICF | | - | Wayne A Chambers MD |
| 0140663634 | EH | 4/17/2010 | Endosurgical Center | Allstate | Bill | | Reese James, DO | - |
| 0140663634 | EH | 4/19/2010 | Endosurgical Center | Allstate | Bill | | Hyo Kim MD | - |
| 0140663634 | EH | 4/20/2010 | Summit Medical Group | Allstate | Letter to claims representative | | - | Hyo Kim MD |
| 0140663634 | EH | 5/4/2010 | Greater Lakes Anesthesia | Allstate | HICF | | - | Nancy Herringshaw MD |
| 0140663634 | EH | 5/4/2010 | Greater Lakes Anesthesia | Allstate | HICF | | - | Hyo Kim MD |
| 0140663634 | EH | 5/12/2010 | Summit Medical Group | Allstate | HICF | | - | Reese James, DO |
| 0140663634 | EH | 5/12/2010 | Summit Medical Group | Allstate | HICF | | - | Reese James, DO |
| 0140663634 | EH | 5/12/2010 | Summit Medical Group | Allstate | HICF | | - | Hyo Kim MD |
| 0140663634 | EH | 5/12/2010 | Summit Medical Group | Allstate | HICF | | - | Hyo Kim MD |
| 0159823789 | LM | 5/22/2010 | Endosurgical Center | Allstate | Bill | | - | Reese James, DO |
| 0159823789 | LM | 6/15/2010 | Summit Medical Group | Allstate | HICF | | - | Reese James, DO |
| 0159823789 | LM | 6/25/2010 | Greater Lakes Anesthesia | Allstate | HICF | | - | Hyo Kim MD |
| 0159233 6595 | AC | 6/30/2010 | Endosurgical Center | Allstate | Bill | | David Jankowski DO | - |
| 0140663634 | EH | 7/9/2010 | Endosurgical Center | Allstate | Bill | | Hyo Kim MD | - |
| 0159233 6595 | AC | 7/13/2010 | Endosurgical Center | Allstate | Bill | | David Jankowski DO | - |
| 0140663634 | EH | 7/28/2010 | Greater Lakes Anesthesia | Allstate | HICF | | - | Hyo Kim MD |

1

EXHIBIT 9: MAIL FRAUD CHART

| Claim Number | Initials | Date | Medical Provider | Insurer | Document | Objective | Treating Doctor(s) | Referring Doctor |
|---|---|---|---|---|---|---|---|---|
| 01592336595 | AC | 7/30/2010 | Endosurgical Center | Allstate | Bill | | David Jankowski DO | |
| 01592337890 | LM | 8/11/2010 | Summit Medical Group | Allstate | HICF | | | Reese James, DO |
| 0140663634 | EH | 8/25/2010 | Greater Lakes Anesthesia | Allstate | HICF | | | Nancy Herringshaw MD |
| 0140663634 | EH | 8/25/2010 | Greater Lakes Anesthesia | Allstate | HICF | | | Hyo Kim MD |
| 0140663634 | EH | 8/25/2010 | Greater Lakes Anesthesia | Allstate | HICF | | | Hyo Kim MD |
| 01592336595 | AC | 8/25/2010 | Greater Lakes Anesthesia | Allstate | HICF | | | Hyo Kim MD |
| 01642469241 | TG | 9/1/2010 | Endosurgical Center | Allstate | Letter to claims rep | | | David Jankowski, DO |
| 0151883022 | SC | 9/2/2010 | Endosurgical Center | Allstate | Bill | | | Reese James, DO |
| 0151883022 | SC | 9/15/2010 | Endosurgical Center | Allstate | Bill | | | Reese James, DO |
| 01592337890 | LM | 9/15/2010 | Summit Medical Group | Allstate | HICF | | | Reese James, DO |
| 0158776823 | EH | 9/18/2010 | Endosurgical Center | Allstate | Bill | | Reese James, DO | |
| 0147742571 | SS | 9/24/2010 | Endosurgical Center | Allstate | Bill | | Lucia Zamorano MD | |
| 0147742571 | SS | 9/24/2010 | Endosurgical Center | Allstate | Bill | | Lucia Zamorano MD | |
| 0147742571 | SS | 9/25/2010 | Endosurgical Center | Allstate | Bill | | Lucia Zamorano MD | |
| 0147742571 | SS | 9/25/2010 | Endosurgical Center | Allstate | Bill | | Lucia Zamorano MD | |
| 0147742571 | SS | 9/26/2010 | Endosurgical Center | Allstate | Bill | | Lucia Zamorano MD | |
| 01642469241 | TG | 10/4/2010 | Greater Lakes Anesthesia | Allstate | HICF | | | Hyo Kim MD |
| 0167726223 | ST | 10/6/2010 | Summit Medical Group | Allstate | HICF | | | Syed Moosavi, MD |
| 01592336595 | AC | 10/19/2010 | Summit Medical Group | Allstate | HICF | | | David Jankowski, DO |
| 0140663634 | EH | 10/27/2010 | Summit Medical Group | Allstate | HICF | | | Reese James, DO |
| 0147742571 | SS | 11/10/2010 | Greater Lakes Anesthesia | Allstate | HICF | | | Theresa Stanton MD |
| 0147742571 | SS | 11/10/2010 | Greater Lakes Anesthesia | Allstate | HICF | | | Theresa Stanton MD |
| 01642469241 | TG | 11/18/2010 | Endosurgical Center | Allstate | Bill | | Reese James, DO | |
| 0151883022 | SC | 11/30/2010 | Greater Lakes Anesthesia | Allstate | HICF | | | Mohammed Radmard MD |
| 0151883022 | SC | 11/30/2010 | Greater Lakes Anesthesia | Allstate | HICF | | | Mohammed Radmard MD |
| 0168743235 | MH | 12/4/2010 | Endosurgical Center | Allstate | Bill | | Reese James, DO | |

EXHIBIT 9: MAIL FRAUD CHART

| Claim Number | Patient | Date | From (Entity) | To | Type | Treating Doctor | Referring Doctor |
|---|---|---|---|---|---|---|---|
| 0151883022 | SC | 12/9/2010 | Endosurgical Center | Allstate | Bill | Martin Quiroga MD | - |
| 0164246924I | TG | 12/11/2010 | Endosurgical Center | Allstate | Bill | Reese James, DO | - |
| 0164246924I | TG | 12/27/2010 | Greater Lakes Anesthesia | Allstate | HICF | | Mohammed Radmard, MD |
| 0151883022 | SC | 12/29/2010 | Greater Lakes Anesthesia | Allstate | HICF | | Mohammed Radmard, MD |
| 0168743235 | MH | 12/30/2010 | Greater Lakes Anesthesia | Allstate | HICF | | Mohammed Radmard, MD |
| 0168743235 | MH | 12/30/2010 | Summit Medical Group | Allstate | HICF | | Reese James, DO |
| 0147742571 | SS | 1/6/2011 | Greater Lakes Anesthesia | Allstate | HICF | | Theresa Stanton MD |
| 0147742571 | SS | 1/11/2011 | Greater Lakes Anesthesia | Allstate | HICF | | Theresa Stanton MD |
| 0167726223 | ST | 1/15/2011 | Endosurgical Center | Allstate | Bill | Lucia Zamorano MD | - |
| 0167726223 | ST | 1/16/2011 | Endosurgical Center | Allstate | Bill | Lucia Zamorano MD | - |
| 0164246924I | TG | 1/17/2011 | Summit Medical Group | Allstate | HICF | | Reese James, DO |
| 0158776823 | EH | 1/20/2011 | Summit Medical Group | Allstate | HICF | | Andrew Ruden MD |
| 0140663634 | EH | 1/21/2011 | Summit Medical Group | Allstate | HICF | | Reese James, DO |
| 0159233659S | AC | 1/21/2011 | Summit Medical Group | Allstate | HICF | | David Jankowski, DO |
| 0159233659S | AC | 1/21/2011 | Summit Medical Group | Allstate | HICF | | David Jankowski, DO |
| 0147742571 | SS | 1/24/2011 | Greater Lakes Anesthesia | Allstate | HICF | | Theresa Stanton MD |
| 0158776823 | EH | 1/25/2011 | Summit Medical Group | Allstate | HICF | | Syed Moosvani MD |
| 0164246924I | TG | 2/9/2011 | Greater Lakes Anesthesia | Allstate | HICF | | Mohammed Radmard, MD |
| 0147742571 | SS | 2/16/2011 | Greater Lakes Anesthesia | Allstate | HICF | | Theresa Stanton MD |
| 0147742571 | SS | 2/16/2011 | Greater Lakes Anesthesia | Allstate | HICF | | Wayne A Chambers MD |
| 0147742571 | SS | 2/16/2011 | Greater Lakes Anesthesia | Allstate | HICF | | Wayne A Chambers MD |
| 0158776823 | EH | 3/9/2011 | Summit Medical Group | Allstate | HICF | | Reese James, DO |
| 0181475161 | PS | 4/2/2011 | Endosurgical Center | Allstate | Bill | Reese James, DO | - |
| 0181475161 | PS | 4/6/2011 | Greater Lakes Anesthesia | Allstate | HICF | | Mohammed Radmard, MD |

3

EXHIBIT 9: MAIL FRAUD CHART

| Claim Number | Initials | Date | Provider Billed | Insurer | Type | | Provider |
|---|---|---|---|---|---|---|---|
| 0168743235 | MH | 4/12/2011 | Summit Medical Group | Allstate | HICF | - | David Jankowski, DO |
| 0167726223 | ST | 4/18/2011 | Greater Lakes Anesthesia | Allstate | HICF | | Mohammed Radmard, MD |
| 0181065624 | SN | 4/30/2011 | Endosurgical Center | Allstate | Bill | Reese James, DO | - |
| 0158776823 | EH | 5/3/2011 | Summit Medical Group | Allstate | HICF | - | Reese James, DO |
| 0181065624 | SN | 5/10/2011 | Greater Lakes Anesthesia | Allstate | HICF | | Mohammed Radmard, MD |
| 100212501 | KB | 6/12/2011 | Summit Medical Group | Allstate | Letter | - | |
| 01592336595 | AC | 6/23/2011 | Summit Medical Group | Allstate | HICF | - | Kevin Crawford DO |
| 01592336595 | AC | 7/5/2011 | Summit Medical Group | Allstate | HICF | - | Kevin Crawford DO |
| 01592336595 | AC | 8/2/2011 | Summit Medical Group | Allstate | HICF | - | David Jankowski, DO |
| 01592336595 | AC | 8/5/2011 | Summit Medical Group | Allstate | HICF | - | Kevin Crawford DO |
| 0185505104 | SD | 8/15/2011 | Greater Lakes Anesthesia | Allstate | HICF | - | Lina Parsons, PA-C PA |
| 0185505104 | SD | 9/6/2011 | Endosurgical Center | Allstate | Bill | - | Reese James, DO |
| 0185505104 | SD | 9/9/2011 | Greater Lakes Anesthesia | Allstate | HICF | - | Mohammed Radmard, MD |
| 0164903106 | NP | 10/1/2011 | Endosurgical Center | Allstate | Bill | Aria Sabit | - |
| 0188111892 | SB | 10/3/2011 | Greater Lakes Anesthesia | Allstate | HICF | - | Mohammed Radmard, MD |
| 0168743235 | MH | 10/3/2011 | Summit Medical Group | Allstate | HICF | - | David Jankowski, DO |
| 0188111892 | SB | 10/3/2011 | Summit Medical Group | Allstate | HICF | - | Reese James, DO |
| 0188111892 | SB | 10/4/2011 | Endosurgical Center | Allstate | Bill | - | Syed Moosavi MD |
| 0164903106 | NP | 10/6/2011 | Greater Lakes Anesthesia | Allstate | HICF | - | Steven Stawicki, CRN |
| 0188111892 | SB | 10/7/2011 | Greater Lakes Anesthesia | Allstate | HICF | - | Mohammed Radmard, MD |
| 0188111892 | SB | 10/7/2011 | Summit Medical Group | Allstate | HICF | - | Syed Moosavi MD |
| 0181065624 | SN | 11/14/2011 | Summit Medical Group | Allstate | HICF | - | Syed Moosavi, MD |
| 0181065624 | SN | 11/14/2011 | Summit Medical Group | Allstate | HICF | - | David Jankowski, DO |
| 0181475161 | PS | 11/23/2011 | Greater Lakes Anesthesia | Allstate | HICF | - | Mohammed Radmard, MD |
| 0164903106 | NP | 12/5/2011 | Summit Medical Group | Allstate | HICF | - | David Jankowski, DO |
| 0181065624 | SN | 1/3/2012 | Summit Medical Group | Allstate | HICF | - | Syed Moosavi, MD |

4

EXHIBIT 9: MAIL FRAUD CHART

| Claim Number | Initials | Date | Person From Which Mailed | To | Type | Treating Doctor | Billing Doctor |
|---|---|---|---|---|---|---|---|
| 0200485696 | NP/EB | 1/24/2012 | Summit Medical Group | Allstate | HICF | - | Reese James, DO |
| 0200584076 | DR/JL | 1/31/2012 | Summit Medical Group | Allstate | HICF | - | David Jankowski, DO |
| 0181475161 | PS | 2/2/2012 | Allstate Property & Casualty Insurance Company | Greater l | Check | - | - |
| 0200584076 | DR/JL | 2/24/2012 | Summit Medical Group | Allstate | HICF | - | David Jankowski, DO |
| 0164903106 | NP | 2/29/2012 | Summit Medical Group | Allstate | HICF | - | Sandra Jones Yapp |
| 0215247941 | JB | 3/3/2012 | Endosurgical Center | Allstate | Bill | Reese James, DO | - |
| 0215247941 | JB | 3/12/2012 | Greater Lakes Anesthesia | Allstate | HICF | - | Mohammed Radmard MD |
| 0215247941 | JB | 3/17/2012 | Endosurgical Center | Allstate | Bill | Reese James, DO | - |
| 0162469241 | TG | 6/29/2012 | Summit Medical Group | Allstate | HICF | - | David Jankowski DO |

5