Michigan Brain Spine Physicians Group, PLLC

| PROVIDER PAYEE | CLAIM NO. | PAYMENT DATE | PLAINTIFF PAYOR | AMOUNT PAID | CHECK NO. |
|---|---|---|---|---|---|
| MI BRAIN & SPINE PHYSICIANS GROUP | 200485696 | 1/23/2012 | ALLSTATE PROP & CAS INS CO | $41.47 | 6006990112 |
| MI BRAIN & SPINE PHYSICIANS GROUP | 200485696 | 1/24/2012 | ALLSTATE PROP & CAS INS CO | $46.58 | 6006998002 |
| MI BRAIN & SPINE PHYSICIANS GROUP | 200485696 | 1/24/2012 | ALLSTATE PROP & CAS INS CO | $5.18 | 6006998012 |
| MI BRAIN & SPINE PHYSICIANS GROUP | 200485696 | 1/24/2012 | ALLSTATE PROP & CAS INS CO | $68.18 | 6006998022 |
| MI BRAIN & SPINE PHYSICIANS GROUP | 201576295 | 3/13/2012 | ALLSTATE PROP & CAS INS CO | $1.05 | 6007226062 |
| MI BRAIN & SPINE PHYSICIANS GROUP | 201576295 | 3/13/2012 | ALLSTATE PROP & CAS INS CO | $18.39 | 6007226072 |
| MI BRAIN & SPINE PHYSICIANS GROUP | 201576295 | 3/13/2012 | ALLSTATE PROP & CAS INS CO | $0.99 | 6007226082 |
| MI BRAIN & SPINE PHYSICIANS GROUP | 201576295 | 3/13/2012 | ALLSTATE PROP & CAS INS CO | $8.91 | 6007226092 |
| MI BRAIN & SPINE PHYSICIANS GROUP | 201576295 | 3/13/2012 | ALLSTATE PROP & CAS INS CO | $1.34 | 6007226102 |
| MI BRAIN & SPINE PHYSICIANS GROUP | 201576295 | 3/13/2012 | ALLSTATE PROP & CAS INS CO | $1.37 | 6007226112 |
| MI BRAIN & SPINE PHYSICIANS GROUP | 201576295 | 3/13/2012 | ALLSTATE PROP & CAS INS CO | $22.47 | 6007226122 |
| MI BRAIN & SPINE PHYSICIANS GROUP | 201576295 | 3/13/2012 | ALLSTATE PROP & CAS INS CO | $1.34 | 6007226132 |
| MI BRAIN & SPINE PHYSICIANS GROUP | 200485696 | 1/23/2012 | ALLSTATE PROP & CAS INS CO | $657.00 | 6006990111 |
| MI BRAIN & SPINE PHYSICIANS GROUP | 200485696 | 1/24/102 | ALLSTATE PROP & CAS INS CO | $1,012.00 | 6006998001 |
| MI BRAIN & SPINE PHYSICIANS GROUP | 200485696 | 1/24/2012 | ALLSTATE PROP & CAS INS CO | $99.00 | 6006998011 |
| MI BRAIN & SPINE PHYSICIANS GROUP | 200485696 | 1/24/2012 | ALLSTATE PROP & CAS INS CO | $1,659.00 | 6006998021 |
| MI BRAIN & SPINE PHYSICIANS GROUP | 201576295 | 3/13/2012 | ALLSTATE PROP & CAS INS CO | $76.00 | 6007226061 |
| MI BRAIN & SPINE PHYSICIANS GROUP | 201576295 | 3/13/2012 | ALLSTATE PROP & CAS INS CO | $1,332.00 | 6007226071 |
| MI BRAIN & SPINE PHYSICIANS GROUP | 201576295 | 3/13/2012 | ALLSTATE PROP & CAS INS CO | $54.00 | 6007226081 |
| MI BRAIN & SPINE PHYSICIANS GROUP | 201576295 | 3/13/2012 | ALLSTATE PROP & CAS INS CO | $645.00 | 6007226091 |
| MI BRAIN & SPINE PHYSICIANS GROUP | 201576295 | 3/13/2012 | ALLSTATE PROP & CAS INS CO | $97.00 | 6007226101 |
| MI BRAIN & SPINE PHYSICIANS GROUP | 201576295 | 3/13/2012 | ALLSTATE PROP & CAS INS CO | $99.00 | 6007226111 |
| MI BRAIN & SPINE PHYSICIANS GROUP | 201576295 | 3/13/2012 | ALLSTATE PROP & CAS INS CO | $1,627.00 | 6007226121 |
| MI BRAIN & SPINE PHYSICIANS GROUP | 201576295 | 3/13/2012 | ALLSTATE PROP & CAS INS CO | $97.00 | 6007226131 |
| | | | Total | $7,671.27 | |