UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

ALLSTATE INSURANCE COMPANY;
ALLSTATE INDEMNITY COMPANY; and
ALLSTATE PROPERTY & CASUALTY
INSURANCE COMPANY,

                Plaintiffs,

vs.

GREATER LAKES AMBULATORY
SURGICAL CENTER, LLC d/b/a
ENDOSURGICAL CENTER AT GREAT LAKES;
GREATER LAKES ANESTHESIA, PLLC;
SUMMIT MEDICAL GROUP, PLLC;
GREATER LAKES MEDICAL MANAGEMENT,
LLC; MICHIGAN HEALTH CARE SERVICES
MANAGEMENT, LLC; PACIFIC MARKETING,
INC.; ELITE SURGICAL MEDIA
CONSULTANTS, L.L.C.; WEINER &
ASSOCIATES, PLLC; WILLIAM J. FOCAZIO,
M.D.; MICHAEL ANGELO; REESE JAMES,
D.O.; MICHIGAN SURGICAL GROUP, PLLC;
DAVID P. JANKOWSKI, D.O.; LUCIA J.
ZAMORANO, M.D; MARTIN F. QUIROGA,
D.O.; and EDWARD FIROSZ,

                Defendants.

Civil Action No. 12-CV-13500-GER-DRG

## INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Chart of services billed by Endosurgical |
| 2 | Chart of services billed by Greater Lakes Anesthesia |
| 3 | Chart of services billed by Summit |
| 4 | Chart of services billed by Michigan Surgical Group |
| 5 | September 1, 2010 letter from Endosurgical/Jankowski to Allstate |
| 6 | June 30, 2010 Endosurgical operative note |
| 7 | Mail fraud chart |
| 8 | Chart of payments made by Allstate to Endosurgical |
| 9 | Chart of payments made by Allstate to Greater Lakes Anesthesia |

| 10 | Chart of payments made by Allstate to Summit |
| 11 | Chart of payments made by Allstate to Michigan Surgical Group |
| 12 | Correspondence from Weiner & Associates to Allstate |

Respectfully submitted,

SMITH & BRINK, P.C.

*/s/ Richard D. King, Jr.*
_____
Richard D. King, Jr.
Nathan A. Tilden
Michael W. Whitcher
Jacquelyn A. McEttrick
350 Granite Street
Suite 2303
Braintree, MA  02184
617-770-2214 (phone)
rking@smithbrink.com
ntilden@smithbrink.com
mwhitcher@smithbrink.com
jmcettrick@smithbrink.com


SMITH & BRINK MI, PLLC

Lisa K. Anderson (P52913)
38777 W. Six Mile Road
Suite 314
Livonia, MI  48152
734-308-4668 (phone)
landerson@smithbrink.com


*Attorneys for Plaintiffs*
*Allstate Insurance Company,*
*Allstate Indemnity Company, and*
*Allstate Property & Casualty*
*Insurance Company*


Dated:  November 8, 2012