# Weiner & Associates, PLLC
ATTORNEYS AT LAW

+Cy V. Weiner
Ronald M. Applebaum
Joel A. Sanfield
Robert J. Lipnik
Erik J. Stone
Carlene J. Reynolds
Nicholas M. Marchenia
^Ryan J. Weiner
^Suzanne S. Swanson
*Tiffany Arrott
+*+Moira A. Uwedjojevwe
Matthew B. Owen
Jodi M. Fox
Victoria L. Marks
James A. Lane

Of Counsel:
**Elissa V. Ray
Harvey Chayet
Michael A. Komorn

^Also Member of New York Bar
+Also Member Illinois Bar
*Member of Illinois Bar
+*+Also Member of Nigerian Bar
**Also Registered Nurse

3000 TOWN CENTER • SUITE 1800
SOUTHFIELD, MI 48075-1311
PHONE (248) 351-2200
FAX (248) 351-2211
TOLL FREE 1-888-701-0900

CHICAGO OFFICE:
111 WEST WASHINGTON ST • SUITE 1020
CHICAGO, IL 60602
PHONE (312) 332-2668
TOLL FREE 1-877-601-0611

May 20, 2011

Allstate Insurance Company
VIA FACSIMILE: (866) 447-4293
**Attn:** **David Franco**

RE: Our Client: ▊▊
    Date of Loss: May 11, 2010
    Claim No.: **0167726223**

Dear Mr. Franco:

    As you are aware, we are the attorneys for the above-named claimant. The claimant was involved in an automobile accident on the above date and sustained personal injuries. On behalf of the claimant, we hereby claim all benefits arising out of the insured's policy of insurance with your company. Such benefits include, but are not limited to:

**Uninsured Motorist Benefits, if applicable**
**Personal Injury Protection Insurance (No-Fault Benefits)**
**Underinsured Benefits, if applicable**

    Due to non-payment of benefits accruing from the accident on the above date; our law firm filed a law suit on behalf of our client. <u>We hereby claim an attorneys' lien for **all amounts paid by reason of said accident for our client, including medical bills;** whether by settlement, compromise or otherwise</u>. Thank you for your anticipated cooperation in this regard.

                          Sincerely,

                          *WEINER & ASSOCIATES, PLLC*

                          Jodi M. Fox
                          For the Firm



# Weiner & Associates, PLLC
ATTORNEYS AT LAW

3000 TOWN CENTER • SUITE 1800 • SOUTHFIELD, MI 48075-1311
PHONE (248) 351-2200
FAX (248) 351-2211
TOLL FREE 1-888-701-0900

CHICAGO OFFICE:
111 WEST WASHINGTON ST • SUITE 1020 • CHICAGO, IL 60602
PHONE (312) 332-2668
TOLL FREE 1-877-601-0611

\*\*\*Cy V. Weiner
Ronald M. Applebaum
Joel A. Sanfield
Robert J. Lipnik
Erik J. Stone
Carlene J. Reynolds
Nicholas M Marchenia
\*Ryan J. Weiner
\*\*\*\*Suzanne S. Swanson
\*Tiffany Arcott
+Moira A Uwedjojevwe
Matthew B Owen

Of Counsel:
\*\*Elissa V. Ray
Harvey Chayet
Michael A. Komorn
\*\*\*\*\*Allen I Glass

\*\*\*\*\*Also Member of Florida Bar
\*\*\*\*Also Member of New York Bar
\*\*\*Also Member Illinois Bar
\*\*Also Registered Nurse
\*Member of Illinois Bar
+Also Member of Nigerian Bar

October 15, 2010

Allstate Insurance Company
VIA FACSIMILE: (866) 447-4293
**Attn: David Franco**

RE: Our Client: ▇
Date of Loss: May 11, 2010
Claim No: **0167726223**

Dear Mr. Franco:

Enclosed please find a Disability Certificate for 8/31/10 through 9/30/10, five Statements of Services Provided for September, and two Medical Mileage forms in regards to our client, ▇ ▇ Please update our office on the status of her claim at your earliest convenience. Thank you.

Sincerely,

WEINER & ASSOCIATES, PLLC

*Jodi M. Fox*

Jodi M. Fox
For the Firm

# Weiner & Associates, PLLC
ATTORNEYS AT LAW

3000 TOWN CENTER • SUITE 1800 • SOUTHFIELD, MI 48075-1311
PHONE (248) 351-2200
FAX (248) 351-2211
TOLL FREE 1-888-701-0900

CHICAGO OFFICE:
111 WEST WASHINGTON ST • SUITE 1020 • CHICAGO, IL 60602
PHONE (312) 332-2668
TOLL FREE 1-877-601-0611

***Cy V. Weiner
Ronald M. Applebaum
Joel A. Sanfield
Robert J. Lipnik
Erik J. Stone
Carlene J. Reynolds
Nicholas M. Marchenia
*Ryan J. Weiner
****Suzanne S. Swanson
*Tiffany Arrott
+Moira A. Uwedjojevwe
Matthew B. Owen

Of Counsel:
**Elissa V. Ray
Harvey Chayet
Michael A. Komorn
*****Allen I. Glass

*****Also Member of Florida Bar
****Also Member of New York Bar
***Also Member Illinois Bar
**Also Registered Nurse
*Member of Illinois Bar
+Also Member of Nigerian Bar

September 16, 2010

Allstate Insurance Company
VIA FACSIMILE 866-447-4293
**Attn: Cynthia Fishburn**

RE: Our Client: ▮▮▮▮▮▮▮
Date of Loss: May 11, 2010
Claim No.: **0167726223**

Dear Ms. Fishburn:

Enclosed please find a Notice of Claim Bodily Injury Benefit Insurance Coverage S form and an Authorization of Release Medical Records form in reference to ▮▮▮▮▮▮▮. Please update our office on the status of her claim at your earliest convenience. Thank you.

Sincerely,

WEINER & ASSOCIATES, PLLC

*Matthew B. Owen*

Matthew B. Owen
For the Firm
/ras

# Weiner & Associates, PLLC
ATTORNEYS AT LAW

\*\*\*Cy V. Weiner
Ronald M. Applebaum
Joel A Sanfield
Robert J. Lipnik
Erik J. Stone
Carlene J. Reynolds
Nicholas M Marchenia
\*Ryan J. Weiner
Leah K. Sloniker
Suzanne S. Swanson
\*Tiffany Arrott

Of Counsel
\*\*Elissa V. Ray
Harvey Chayet
Michael A. Komorn

\*\*\*Also Member Illinois Bar
\*\*Also Registered Nurse
\*Member of Illinois Bar

3000 TOWN CENTER • SUITE 1800 • SOUTHFIELD, MI 48075-1311
PHONE (248) 351-2200
FAX (248) 351-2211
TOLL FREE 1-888-701-0900

CHICAGO OFFICE:
111 WEST WASHINGTON ST • SUITE 1020 • CHICAGO, IL 60602
PHONE (312) 332-2668
TOLL FREE 1-877-601-0611

June 15, 2010

Allstate Insurance Company
VIA FACSIMILE 866-447-4293
**Attn: Cynthia Fishburn**

RE: Our Client: ▮▮▮▮▮▮▮
  Date of Loss: May 11, 2010
  Claim No.: 0167726223

Dear Ms. Fishburn:

Please be advised that we are the attorneys for the above-named claimant. The claimant was involved in an automobile accident on the above date and sustained personal injuries. On behalf of the claimant, we hereby claim all benefits arising out of the insured's policy of insurance with your company. Such benefits include, but are not limited to:

> **Uninsured Motorist Benefits, if applicable**
> **Personal Injury Protection Insurance (No-Fault Benefits)**
> **Underinsured Benefits, if applicable**

We hereby claim an attorneys' lien for <u>all</u> amounts paid by reason of said accident to our client, whether by settlement, compromise or otherwise (**except voluntary payment of medical expenses, which <u>should</u> be sent directly to the provider**). Please forward an Application for Benefits form for our client to complete. Thank you for your anticipated cooperation in this regard.

Sincerely,

WEINER & ASSOCIATES, PLLC

Leah Sloniker
For the Firm

# Weiner & Associates, PLLC

ATTORNEYS AT LAW

\*\*\*Cy V. Weiner
Ronald M. Applebaum
Joel A. Sanfield
Robert J. Lipnik
Erik J Stone
Carlene J. Reynolds
Nicholas M Marchenia
\*Ryan J Weiner
\*\*\*\*Suzanne S. Swanson
\*Tiffany Arrott
+Moira A Uwedjojevwe
Matthew B Owen
Jodi M. Fox
Victoria L Marks

Of Counsel:
\*\*Elissa V. Ray
Harvey Chayet
Michael A. Komorn
\*\*\*\*\*Allen L. Glass

\*\*\*\*\*Also Member of Florida Bar
\*\*\*\*Also Member of New York Bar
\*\*\*Also Member Illinois Bar
\*\*Also Registered Nurse
\*Member of Illinois Bar
+Also Member of Nigerian Bar

3000 TOWN CENTER - SUITE 1800
SOUTHFIELD, MI 48075-1311
PHONE (248) 351-2200
FAX (248) 351-2211
TOLL FREE 1-888-701-0900

CHICAGO OFFICE:
111 WEST WASHINGTON ST - SUITE 1020
CHICAGO, IL 60602
PHONE (312) 332-2668
TOLL FREE 1-877-601-0611

November 12, 2010

All State Insurance Company
VIA FACSIMILE 866-447-4293
**Attn: Kathleen Baker**

RE: Our Client: ▮▮▮▮▮▮▮▮
   Date of Loss: October 18, 2010
   **Claim No: 0181475161**

Dear Ms. Baker:

Please be advised that we are the attorneys for the above-named claimant. The claimant was involved in an automobile accident on the above date and sustained personal injuries. On behalf of the claimant, we hereby claim all benefits arising out of the insured's policy of insurance with your company. Such benefits include, but are not limited to:

**Uninsured Motorist Benefits, if applicable
Personal Injury Protection Insurance (No-Fault Benefits)
Underinsured Benefits, if applicable**

We hereby claim an attorneys' lien for <u>all</u> amounts paid by reason of said accident to our client, whether by settlement, compromise or otherwise **(except voluntary payment of medical expenses, which <u>should</u> be sent directly to the provider).** Please forward a copy of the applicable Declaration Page and an Application for Benefits form for our client to complete. Thank you for your anticipated cooperation in this regard.

Sincerely,

WEINER & ASSOCIATES, PLLC

*Jodi M. Fox*

Jodi M. Fox
For the Firm

# Weiner & Associates, PLLC
ATTORNEYS AT LAW

3000 TOWN CENTER • SUITE 1800
SOUTHFIELD, MI 48075-1311
PHONE (248) 351-2200
FAX (248) 351-2211
TOLL FREE 1-888-791-0900

CHICAGO OFFICE:
111 WEST WASHINGTON ST • SUITE 1020
CHICAGO, IL 66602
PHONE (312) 332-2668
TOLL FREE 1-877-601-0611

+Cy V. Weiner
Ronald M. Applebaum
Joel A. Sanfield
Robert J. Lipnik
Erik J. Stone
Gaetano J. Reynolds
Nicholas M. Marchesis
*Ryan J. Weiner
^Suzanne S. Swanson
*Tiffany Artote
**Moira A. Uwadinjewve
Matthew B. Owen
Jodi M. Pox
Victoria L. Marks
James A. Lane

Of Counsel:
*** Eltasa V. Ray
Harvey Chayet
Michael A. Romero

^Also Member of New York Bar
+Also Member Illinois Bar
*Member of Illinois Bar
**Also Member of Nigerian Bar
**Also Registered Nurse

July 28, 2011

Allstate Insurance Company
Adjustor: David Franck
Fax: (877)276-1847

RE: Our Client: ▮▮▮▮▮▮▮▮▮
Date of Loss: May 3, 2011
Claim No.: 0201576295

Dear Sir or Madam:

Enclosed please find the following document(s):

- **Affidavit For Benefits**

Please be advised that Weiner & Associates, PLLC, has a lien on all checks disbursed for PIP benefits regarding the claim mentioned-above. Please update my office on the status of ▮▮ ▮▮▮▮ claim at your earliest convenience. Thank you.

Sincerely,

WEINER & ASSOCIATES, PLLC

Peter Howe

Peter Howe
For the Firm



# Weiner & Associates, PLLC
ATTORNEYS AT LAW

3000 TOWN CENTER · SUITE 1800
SOUTHFIELD, MI 48075-1311
PHONE (248) 351-2200
FAX (248) 351-2211
TOLL FREE 1-888-701-0900

CHICAGO OFFICE:
111 WEST WASHINGTON ST · SUITE 1020
CHICAGO, IL 60602
PHONE (312) 332-2668
TOLL FREE 1-877-601-0611

\*Cy V. Weiner
Ronald M. Applebaum
Joel A. Sanfield
Robert J. Lipnik
Erik J. Stone
Carlene J. Reynolds
Nicholas M. Marchenia
+Suzanne S. Swanson
\*~+Moira A. Uwedjojevwe
Matthew B. Owen
Jodi M. Fox
Victoria L. Marks
James A. Lane

Of Counsel:
\*\*Elissa V. Ray
Harvey Chayet
Michael A. Komorn

+Also Member of New York Bar
\*Also Member of Illinois Bar
+\*Also Member of Nigerian Bar
\*\*Also Registered Nurse

June 30, 2011

Allstate Insurance
FACSIMLE (877)276-1847
**Attn: David Franck**

RE: Our Client: ██████████
Date of Loss: May 3, 2011
Claim No.: **0201576295**

Dear Mr. Franck:

Please be advised that we are the attorneys for the above-named claimant. The claimant was involved in an automobile accident on the above date and sustained personal injuries. On behalf of the claimant, we hereby claim all benefits arising out of the insured's policy of insurance with your company. Such benefits include, but are not limited to:

**Uninsured Motorist Benefits, if applicable
Personal Injury Protection Insurance (No-Fault Benefits)
Underinsured Benefits, if applicable**

We hereby claim an attorneys' lien for <u>all</u> amounts paid by reason of said accident to our client, whether by settlement, compromise or otherwise **(except voluntary payment of medical expenses, which <u>should</u> be sent directly to the provider).** Please forward a copy of the applicable Declaration Page and an Application for Benefits form for our client to complete. Thank you for your anticipated cooperation in this regard.

Sincerely,

WEINER & ASSOCIATES, PLLC

*Shannon L. Sofer*
Shannon L. Sofer
Paralegal for the Firm