UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE INDEMNITY COMPANY; and ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>      Plaintiffs,<br><br>vs.<br><br>GREATER LAKES AMBULATORY SURGICAL CENTER, LLC d/b/a ENDOSURGICAL CENTER AT GREAT LAKES; GREATER LAKES ANESTHESIA, PLLC; SUMMIT MEDICAL GROUP, PLLC; GREATER LAKES MEDICAL MANAGEMENT, LLC; MICHIGAN HEALTH CARE SERVICES MANAGEMENT, LLC; PACIFIC MARKETING, INC.; ELITE SURGICAL MEDIA CONSULTANTS, L.L.C.; WEINER & ASSOCIATES, PLLC; WILLIAM J. FOCAZIO, M.D.; MICHAEL ANGELO; REESE JAMES, D.O.; MICHIGAN SURGICAL GROUP, PLLC; DAVID P. JANKOWSKI, D.O.; LUCIA J. ZAMORANO, M.D; ARIA O. SABIT, M.D.; MICHIGAN BRAIN & SPINE PHYSICIANS GROUP, PLLC; MARTIN F. QUIROGA, D.O.; and EDWARD FIROSZ,<br><br>      Defendants. | Civil Action No. 12-CV-13500-GER-DRG |

**STIPULATION OF DISMISSAL AS TO ARIA O. SABIT, M.D.
AND MICHIGAN BRAIN & SPINE PHYSICIANS GROUP, PLLC**

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by the plaintiffs,

Allstate Insurance Company, Allstate Indemnity Company, and Allstate Property & Casualty

Insurance Company (collectively, "Allstate"), and defendants, Aria Sabit, M.D. and Michigan

Brain & Spine Physicians Group, PLLC, by and through their undersigned counsel, that

Allstate's Complaint (Docket No. 1) be dismissed with prejudice as to Aria Sabit, M.D. and Michigan Brain & Spine Physicians Group, PLLC, without cost to any party.

STIPULATED AND AGREED TO THIS 9TH DAY OF NOVEMBER, 2012

| | |
|---|---|
| Respectfully Submitted,<br><br>*Allstate Insurance Company, Allstate Indemnity Company, and Allstate Property & Casualty Insurance Company,*<br><br>By their Attorneys,<br><br><br>*/s/ Jacquelyn A. McEttrick*<br>_____<br>Richard D. King, Jr.<br>Nathan A. Tilden<br>Michael Whitcher<br>Jacquelyn McEttrick<br>Smith & Brink, P.C.<br>350 Granite St.<br>Suite 2303<br>Braintree, MA 02184<br>(617) 770-2214 | *Aria O. Sabit, M.D. and Michigan Brain & Spine Physicians Group, PLLC,*<br><br>By their Attorney,<br><br><br>*/s/ Jonathan B. Frank*<br>_____<br>Jonathan B. Frank<br>Jonathan B. Frank, P.C.<br>121 West Long Lake Rd<br>Second Floor<br>Bloomfield Hills, MI 48034<br>(248) 433-2589 |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE INDEMNITY COMPANY; and ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>       Plaintiffs,<br><br>vs.<br><br>GREATER LAKES AMBULATORY SURGICAL CENTER, LLC d/b/a ENDOSURGICAL CENTER AT GREAT LAKES; GREATER LAKES ANESTHESIA, PLLC; SUMMIT MEDICAL GROUP, PLLC; GREATER LAKES MEDICAL MANAGEMENT, LLC; MICHIGAN HEALTH CARE SERVICES MANAGEMENT, LLC; PACIFIC MARKETING, INC.; ELITE SURGICAL MEDIA CONSULTANTS, L.L.C.; WEINER & ASSOCIATES, PLLC; WILLIAM J. FOCAZIO, M.D.; MICHAEL ANGELO; REESE JAMES, D.O.; MICHIGAN SURGICAL GROUP, PLLC; DAVID P. JANKOWSKI, D.O.; LUCIA J. ZAMORANO, M.D; ARIA O. SABIT, M.D.; MICHIGAN BRAIN & SPINE PHYSICIANS GROUP, PLLC; MARTIN F. QUIROGA, D.O.; and EDWARD FIROSZ,<br><br>       Defendants. | Civil Action No. 12-CV-13500-GER-DRG |

**ORDER ALLOWING STIPULATION OF DISMISSAL AS TO ARIA O. SABIT, M.D. AND MICHIGAN BRAIN & SPINE PHYSICIANS GROUP, PLLC**

This matter having come before the Court upon Stipulation of the parties, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that DEFENDANTS ARIA O. SABIT, M.D. AND MICHIGAN BRAIN & SPINE PHYSICIANS GROUP, PLLC, are dismissed with prejudice without cost to any party.

Date: November 21, 2012             s/Gerald E. Rosen
                                    GERALD E. ROSEN
                                    United States District Judge