UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ALLSTATE INSURANCE COMPANY;
ALLSTATE INDEMNITY COMPANY; and
ALLSTATE PROPERTY & CASUALTY
INSURANCE COMPANY,

                Plaintiffs,

vs.

GREATER LAKES AMBULATORY
SURGICAL CENTER, LLC d/b/a
ENDOSURGICAL CENTER AT GREAT LAKES;
GREATER LAKES ANESTHESIA, PLLC;
SUMMIT MEDICAL GROUP, PLLC;
GREATER LAKES MEDICAL MANAGEMENT,
LLC; MICHIGAN HEALTH CARE SERVICES
MANAGEMENT, LLC; PACIFIC MARKETING,
INC.; ELITE SURGICAL MEDIA
CONSULTANTS, L.L.C.; WEINER &
ASSOCIATES, PLLC; WILLIAM J. FOCAZIO,
M.D.; MICHAEL ANGELO; REESE JAMES,
D.O.; MICHIGAN SURGICAL GROUP, PLLC;
DAVID P. JANKOWSKI, D.O.; LUCIA J.
ZAMORANO, M.D; MARTIN F. QUIROGA,
D.O.; and EDWARD FIROSZ,

                Defendants.

Civil Action No. 12-CV-13500-GER-DRG

**STIPULATION OF DISMISSAL AS TO GREATER LAKES AMBULATORY SURGICAL CENTER, LLC d/b/a ENDOSURGICAL CENTER AT GREAT LAKES; GREATER LAKES ANESTHESIA, LLC; WILLIAM J. FOCAZIO, M.D.; GREATER LAKES MEDICAL MANAGEMENT, LLC; AND ELITE SURGICAL MEDIA CONSULTANTS, LLC**

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by plaintiffs Allstate Insurance Company, Allstate Indemnity Company, and Allstate Property & Casualty Insurance Company (collectively, "Allstate") and defendants Greater Lakes Ambulatory Surgical Center, LLC d/b/a Endosurgical Center at Great Lakes; Greater Lakes Anesthesia, LLC; William

J. Focazio, M.D.; Greater Lakes Medical Management, LLC; and Elite Surgical Media Consultants, LLC, by and through their undersigned counsel, that Allstate's Amended Complaint (*Docket No. 63*) be dismissed with prejudice as to Greater Lakes Ambulatory Surgical Center, LLC d/b/a Endosurgical Center at Great Lakes; Greater Lakes Anesthesia, LLC; William J. Focazio, M.D.; Greater Lakes Medical Management, LLC; and Elite Surgical Media Consultants, LLC without costs, interest attorney fees or sanctions of any kind to any party.

[SIGNATURE PAGE FOLLOWS]

STIPULATED AND AGREED TO THIS 7TH DAY OF DECEMBER, 2012

| Respectfully Submitted, | |
|---|---|
| *Allstate Insurance Company, Allstate Indemnity Company, and Allstate Property & Casualty Insurance Company,* | *Greater Lakes Ambulatory Surgical Center, LLC d/b/a Endosurgical Center at Great Lakes; Greater Lakes Anesthesia, LLC; William J. Focazio, M.D.; Greater Lakes Medical Management, LLC; and Elite Surgical Media Consultants, LLC,* |
| By their Attorneys, | By their Attorney, |
| *[signature: Jacquelyn McEttrick]*<br>Richard D. King, Jr.<br>Nathan A. Tilden<br>Michael Whitcher<br>Jacquelyn McEttrick<br>Smith & Brink, P.C.<br>350 Granite St.<br>Suite 2303<br>Braintree, MA 02184<br>(617) 770-2214 | *[signature: S. Jenna Dabaja]*<br>S. Jenna Dabaja, Esq.<br>Varjabedian Attorneys, P.C.<br>29777 Telegraph Road, Suite 2175<br>Southfield, MI 48034<br>(248) 355-0000 |