UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE INDEMNITY COMPANY; and ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>       Plaintiffs,<br><br>vs.<br><br>GREATER LAKES AMBULATORY SURGICAL CENTER, LLC d/b/a ENDOSURGICAL CENTER AT GREAT LAKES; GREATER LAKES ANESTHESIA, PLLC; SUMMIT MEDICAL GROUP, PLLC; GREATER LAKES MEDICAL MANAGEMENT, LLC; MICHIGAN HEALTH CARE SERVICES MANAGEMENT, LLC; PACIFIC MARKETING, INC.; ELITE SURGICAL MEDIA CONSULTANTS, L.L.C.; WEINER & ASSOCIATES, PLLC; WILLIAM J. FOCAZIO, M.D.; MICHAEL ANGELO; REESE JAMES, D.O.; MICHIGAN SURGICAL GROUP, PLLC; DAVID P. JANKOWSKI, D.O.; LUCIA J. ZAMORANO, M.D; MARTIN F. QUIROGA, D.O.; and EDWARD FIROSZ,<br><br>       Defendants. | Civil Action No. 12-CV-13500-GER-DRG |

**ORDER ALLOWING STIPULATION OF DISMISSAL AS TO GREATER LAKES AMBULATORY SURGICAL CENTER, LLC d/b/a ENDOSURGICAL CENTER AT GREAT LAKES; GREATER LAKES ANESTHESIA, LLC; WILLIAM J. FOCAZIO, M.D.;  GREATER LAKES MEDICAL MANAGEMENT, LLC; AND ELITE SURGICAL MEDIA CONSULTANTS, LLC**

This matter having come before the Court upon Stipulation of the parties, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that DEFENDANTS GREATER LAKES AMBULATORY SURGICAL CENTER, LLC d/b/a ENDOSURGICAL CENTER AT GREAT LAKES; GREATER LAKES ANESTHESIA, LLC; WILLIAM J. FOCAZIO, M.D.;  GREATER LAKES MEDICAL MANAGEMENT, LLC; AND ELITE SURGICAL MEDIA CONSULTANTS, LLC are hereby dismissed with prejudice and without costs, interest attorney fees or sanctions of any kind to any party.

Date: December 11, 2012                                              s/Gerald E. Rosen
                                                                     GERALD E. ROSEN
                                                                     United States District Court