UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ALLSTATE INSURANCE COMPANY;
ALLSTATE INDEMNITY COMPANY; and
ALLSTATE PROPERTY & CASUALTY
INSURANCE COMPANY,

      Plaintiffs,

vs.

SUMMIT MEDICAL GROUP, PLLC;
MICHIGAN HEALTH CARE SERVICES
MANAGEMENT, LLC; PACIFIC MARKETING,
INC.; WEINER & ASSOCIATES, PLLC;
MICHAEL ANGELO; REESE JAMES, D.O.;
MICHIGAN SURGICAL GROUP, PLLC; DAVID
P. JANKOWSKI, D.O.; LUCIA J. ZAMORANO,
M.D; MARTIN F. QUIROGA, D.O.; and
EDWARD FIROSZ,

      Defendants.

Civil Action No. 12-CV-13500-GER-DRG

**STIPULATION OF DISMISSAL AS TO EDWARD FIROSZ**

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by plaintiffs Allstate Insurance Company, Allstate Indemnity Company, and Allstate Property & Casualty Insurance Company (collectively, "Allstate") and defendant Edward Firosz, by and through the undersigned, that Allstate's Amended Complaint (*Docket No. 63*) be dismissed with prejudice as to Edward Firosz without costs to any party.

...

STIPULATED AND AGREED TO THIS 9th DAY OF JANUARY, 2013

| | |
|---|---|
| Respectfully Submitted,<br><br>*Allstate Insurance Company, Allstate Indemnity Company, and Allstate Property & Casualty Insurance Company,*<br><br>By their Attorneys,<br><br>*/s/ Jacquelyn McEttrick*<br>Richard D. King, Jr.<br>Nathan A. Tilden<br>Michael Whitcher<br>Jacquelyn McEttrick<br>Smith & Brink, P.C.<br>350 Granite St.<br>Suite 2303<br>Braintree, MA 02184<br>(617) 770-2214 | *Edward Firosz,*<br><br>Individually,<br><br>*/s/ Edward M. Firosz*<br>Edward Firosz |