UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE INDEMNITY COMPANY; and ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>      Plaintiffs,<br><br>vs.<br><br>SUMMIT MEDICAL GROUP, PLLC; MICHIGAN HEALTH CARE SERVICES MANAGEMENT, LLC; PACIFIC MARKETING, INC.; WEINER & ASSOCIATES, PLLC; MICHAEL ANGELO; REESE JAMES, D.O.; MICHIGAN SURGICAL GROUP, PLLC; DAVID P. JANKOWSKI, D.O.; LUCIA J. ZAMORANO, M.D; MARTIN F. QUIROGA, D.O.; and EDWARD FIROSZ,<br><br>      Defendants. | Civil Action No. 12-CV-13500-GER-DRG |

## STIPULATION OF DISMISSAL AS TO DEFENDANTS REESE JAMES, D.O. AND MICHIGAN SURGICAL GROUP, PLLC

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by plaintiffs Allstate Insurance Company, Allstate Indemnity Company, and Allstate Property & Casualty Insurance Company (collectively, "Allstate") and Defendants Reese James, D.O. and Michigan Surgical Group, PLLC, by and through their undersigned counsel, that Allstate's Amended Complaint (*Docket No. 63*) be dismissed with prejudice as to Reese James, D.O. and Michigan Surgical Group, PLLC without costs, interest, attorney's fees, or sanctions of any kind to any party.

STIPULATED AND AGREED TO THIS 24th DAY OF JANUARY, 2013

| | |
|---|---|
| Respectfully Submitted,<br><br>*Allstate Insurance Company, Allstate Indemnity Company, and Allstate Property & Casualty Insurance Company,*<br><br>By their Attorneys,<br><br><br>*/s/ Jacquelyn McEttrick*<br>_____<br>Richard D. King, Jr.<br>Nathan A. Tilden<br>Michael Whitcher<br>Jacquelyn McEttrick<br>Smith & Brink, P.C.<br>350 Granite St.<br>Suite 2303<br>Braintree, MA 02184<br>(617) 770-2214 | *Reese James, D.O. and Michigan Surgical Group, PLLC,*<br><br>By their Attorney,<br><br><br>*/s/ S. Jenna Dabaja*<br>_____<br>S. Jenna Dabaja, Esq.<br>Varjabedian Attorneys, P.C.<br>29777 Telegraph Road, Suite 2175<br>Southfield, MI 48034<br>(248) 355-0000 |