UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ALLSTATE INSURANCE COMPANY;
ALLSTATE INDEMNITY COMPANY; and
ALLSTATE PROPERTY & CASUALTY
INSURANCE COMPANY,

            Plaintiffs,

vs.

SUMMIT MEDICAL GROUP, PLLC;
MICHIGAN HEALTH CARE SERVICES
MANAGEMENT, LLC; PACIFIC MARKETING,
INC.; WEINER & ASSOCIATES, PLLC;
MICHAEL ANGELO; and DAVID P.
JANKOWSKI, D.O.,

            Defendants.

Civil Action No. 12-CV-13500-GER-DRG

## STIPULATION OF DISMISSAL AS TO DEFENDANTS SUMMIT MEDICAL GROUP, PLLC AND DAVID P. JANKOWSKI, D.O.

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by plaintiffs Allstate Insurance Company, Allstate Indemnity Company, and Allstate Property & Casualty Insurance Company (collectively, "Allstate") and Defendants Summit Medical Group, PLLC and David P. Jankowski, D.O., by and through their undersigned counsel, that Allstate's Amended Complaint (*Docket No. 63*) be dismissed with prejudice as to Summit Medical Group, PLLC and David P. Jankowski, D.O. without costs to any party.



STIPULATED AND AGREED TO THIS 27th DAY OF FEBRUARY, 2013

| Respectfully Submitted, | |
|---|---|
| *Allstate Insurance Company, Allstate Indemnity Company, and Allstate Property & Casualty Insurance Company,* | *Summit Medical Group, PLLC and David P. Jankowski, D.O.,* |
| By their Attorneys, | By their Attorneys, |
| *[signature]* | *[signature]* |
| Richard D. King, Jr.<br>Nathan A. Tilden<br>Michael Whitcher<br>Jacquelyn McEttrick<br>SMITH & BRINK, P.C.<br>350 Granite St.<br>Suite 2303<br>Braintree, MA 02184<br>(617) 770-2214 | Peter W. Joelson<br>JOELSON ROSENBERG PLC<br>30665 Northwestern Highway, Suite 200<br>Farmington Hills, MI 48334<br>(248) 626-9966<br><br>Gary R. Blumberg<br>GARY R. BLUMBERG, P.C.<br>30665 Northwestern Hwy., #200<br>Farmington Hills, MI 48334<br>(248) 254-3401 |

