UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE INDEMNITY COMPANY; and ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>      Plaintiffs,<br><br>vs.<br><br>MICHIGAN HEALTH CARE SERVICES MANAGEMENT, LLC; PACIFIC MARKETING, INC.; WEINER & ASSOCIATES, PLLC; and MICHAEL ANGELO,<br><br>      Defendants. | Civil Action No. 12-CV-13500-GER-DRG |

**STIPULATION OF DISMISSAL AS TO DEFENDANTS MICHAEL ANGELO, MICHIGAN HEALTH CARE SERVICES MANAGEMENT, LLC, AND PACIFIC MARKETING, INC.**

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by plaintiffs Allstate Insurance Company, Allstate Indemnity Company, and Allstate Property & Casualty Insurance Company (collectively, "Allstate") and Defendants Michael Angelo, Michigan Health Care Services Management, LLC, and Pacific Marketing, Inc., by and through their undersigned counsel, that Allstate's Amended Complaint (*Docket No. 63*) be dismissed with prejudice as to Michael Angelo, Michigan Health Care Services Management, LLC, and Pacific Marketing, Inc., without costs of any kind to any party.

STIPULATED AND AGREED TO THIS 11th DAY OF MARCH, 2013

| | |
|---|---|
| Respectfully Submitted,<br><br>*Allstate Insurance Company, Allstate Indemnity Company, and Allstate Property & Casualty Insurance Company,*<br><br>By their Attorneys,<br><br><br>*/s/ Jacquelyn A. McEttrick*<br>_____<br>Richard D. King, Jr.<br>Nathan A. Tilden<br>Michael Whitcher<br>Jacquelyn A. McEttrick<br>SMITH & BRINK, P.C.<br>350 Granite St.<br>Suite 2303<br>Braintree, MA 02184<br>(617) 770-2214 | *Michael Angelo, Michigan Health Care Services Management, LLC, and Pacific Marketing, Inc.,*<br><br><br>By their Attorney,<br><br>*/s/ Lionel Bashore*<br>_____<br>Lionel Bashore<br>BASHORE GREEN LAW GROUP<br>49100 Van Dyke Avenue<br>Shelby Township, Michigan 48317<br>(576) 803-0500 |