UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE INDEMNITY COMPANY; and ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>                Plaintiffs,<br><br>vs.<br><br>MICHIGAN HEALTH CARE SERVICES MANAGEMENT, LLC; PACIFIC MARKETING, INC.; WEINER & ASSOCIATES, PLLC; and MICHAEL ANGELO,<br><br>                Defendants. | Civil Action No. 12-CV-13500-GER-DRG |

## ORDER ALLOWING STIPULATION OF DISMISSAL AS TO MICHAEL ANGELO, MICHIGAN HEALTH CARE SERVICES MANAGEMENT, LLC, AND PACIFIC MARKETING, INC.

This matter having come before the Court upon Stipulation of the parties, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that DEFENDANTS MICHAEL ANGELO, MICHIGAN HEALTH CARE SERVICES MANAGEMENT, LLC, and PACIFIC MARKETING, INC., are hereby dismissed with prejudice and without costs to any party.

Date: March 12, 2013

s/Gerald E. Rosen
GERALD E. ROSEN
United States District Court Judge