UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLSTATE INSURANCE COMPANY;
ALLSTATE INDEMNITY COMPANY; and
ALLSTATE PROPERTY & CASUALTY
INSURANCE COMPANY,

    Plaintiffs,

vs.

WEINER & ASSOCIATES, PLLC,

    Defendant.

Case No.: 2:12-cv-13500

Hon. Gerald E. Rosen
Magistrate Judge R. Steven Whalen

**Order Compelling Defendant Weiner and Associates, PLLC
to Respond to Interrogatories, Requests to Produce, and
to Amend its Responses to Plaintiffs' Requests to Admit**

This matter having come before this Court on stipulation of the parties and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that Defendant will fully respond to Plaintiffs' Rule 33 First Set of Interrogatories without lodging any type of objection, except as to objections concerning privilege, on or before May 23, 2013.

IT IS FURTHER ORDERED that Defendant will respond to Plaintiffs' Rule 34 Requests to Produce on or before May 23, 2013.

IT IS FURTHER ORERED that Defendant will amend/supplement its responses to Plaintiffs' Rule 36 Request to Admit numbers 41-44 and 48 on or before May 23, 2013.

IT IS SO ORDERED.

Dated: May 16, 2013

s/ R. Steven Whalen
U.S. Magistrate Judge